**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**March 12, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

DUSTIN JAMES GULLETT,

    Defendant - Appellant.

No. 23-5102
(D.C. No. 4:21-CR-00324-GKF-1)
(N.D. Okla.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **HARTZ**, **EBEL**, and **KELLY**, Circuit Judges.
_____

Dustin James Gullett pleaded guilty to coercion and enticement of a minor and received a sentence within the advisory sentencing guidelines range. Despite an appeal waiver in his plea agreement, he filed this appeal. The government moves to enforce the appeal waiver and dismiss the appeal pursuant to *United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc). Mr. Gullett responds that he does not object to the government's motion. Based on Mr. Gullett's non-opposition, we grant the government's motion to enforce the appeal waiver and dismiss this appeal.

          Entered for the Court
          Per Curiam

_____

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.